## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION


**LARRY DRAY BARBER**                                                        **PLAINTIFF**

**V.**                                    **CASE NO. 3:11CV00097 BRW/BD**

**OIC HAROLD,** *et al.*                                                      **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge

Beth Deere.  The parties have not filed objections.[1]  After careful review of the

recommendation and a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects.

Mr. Barber's claims are DISMISSED without prejudice.

IT IS SO ORDERED, this 10th day of August, 2011.


                                        /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE

---

[1]The copy of the Recommended Disposition mailed to Mr. Barber was returned as undeliverable on August 1, 2011.  (Doc. No. 6)