# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LARRY DRAY BARBER**                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 3:11CV00097 BRW/BD**

**OIC HAROLD,** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE